UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 10700
   ROBERT D SPERLAZZO
   KIMBERLY J SPERLAZZO                    CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-9267    SSN XXX-XX-7408
```

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/23/05 .

   2.  The case was converted to Chapter 7 without confirmation, 04/11/2005.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00         .00          .00
PRINCIPAL PAID          .00         .00          .00         .00          .00
INTEREST PAID           .00         .00          .00         .00          .00
TOTAL PAID              .00         .00          .00         .00          .00
The Debtor's attorney, PRO SE DEBTOR                 , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

   Dated: 04/20/05                      /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                         PAGE   2
CASE NO. 05 B 10700 ROBERT D SPERLAZZO & KIMBERLY J SPERLAZZO
```